| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Garland, Merrick B. | US Court of Appeals DC Circuit | 05/11/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Judge-Active Status | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Board of Overseers, Harvard University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Garland , Merrick B.

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard University | 02/05-08 | Cambridge, MA | Bd of Overseers Meeting | Transportation, meals, room |
| 2. | Harvard University | 04/10-12 | Cambridge, MA | Bd of Overseers Meeting | Transportation, meals, room |
| 3. | Harvard University | 05/25-27 | Cambridge, MA | Bd of Overseers Meeting | Transportation, meals, room |
| 4. | Yale Law Journal | 10/22-24 | New Haven, CT | Careers Discussion Group | Transportation, meals, room |
| 5. | Harvard University | 12/01-03 | Cambridge, MA | Visiting Committee Meeting | Transportation, meals, room |
| 6. | Yale Law School | 12/06-07 | New Haven, CT | Moot Court | Transportation, meals, room |
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Sun Trust Bank Accounts | B | Interest | M | T | | | | | |
| 2. Sun Trust Bank Accounts | B | Interest | M | T | | | | | |
| 3. Justice Federal Credit Union Accounts | C | Interest | M | T | | | | | |
| 4. Citibank Bank Accounts | B | Interest | M | T | | | | | |
| 5. Bank of America Bank Accounts | A | Interest | J | T | | | | | |
| 6. U.S. Savings Bonds | | None | K | T | | | | | |
| 7. IRA #1 | A | Interest | L | T | | | | | |
| 8. -Edward Jones Co. Money Market & cash balance | | | | | | | | | |
| 9. -Summit State Bank CD | | | | | Buy | 01/26/10 | K | | |
| 10. -Plainscapital Bank CD | | | | | Buy | 06/25/10 | K | | |
| 11. -Integrity Bank CD | | | | | Redeemed | 06/15/10 | K | | |
| 12. Brokerage Account #1 | | | | | | | | | |
| 13. -General Mills Inc. Common | C | Dividend | L | T | | | | | |
| 14. -Pfizer Common | A | Dividend | J | T | | | | | |
| 15. -Bristol-Myers Squibb Co. Common | B | Dividend | K | T | | | | | |
| 16. -Zimmer Holdings Inc. Common | | None | | | Donated | | | | |
| 17. -General Electric Co. Common | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Procter & Gamble Co. Common | D | Dividend | M | T | | | | | |
| 19. -J.M. Smucker Co. Common | A | Dividend | J | T | | | | | |
| 20. -Citigroup Inc. Common | | None | J | T | | | | | |
| 21. -Credit Suisse Large Cap. Fund (formerly Cap. Apprec. Fnd) | B | Dividend | L | T | | | | | |
| 22. -Nuveen Maryland Prem. Inc. Municipal Fund | E | Dividend | N | T | | | | | |
| 23. -Univ. Md. Sys. Aux. Bond | B | Interest | L | T | | | | | |
| 24. -Md. State Health & Higher Ed. Rev. Bond | D | Interest | M | T | | | | | |
| 25. -U.S. Treasury Notes/Bills (combined listing) | D | Interest | N | T | Buy | 03/08/10 | N | | |
| 26. | | | | | Buy | 04/19/10 | N | | |
| 27. | | | | | Redeemed (part) | 06/10/10 | N | | |
| 28. | | | | | Buy | 06/14/10 | N | . | |
| 29. | | | | | Redeemed (part) | 07/15/10 | M | | |
| 30. | | | | | Redeemed (part) | 10/21/10 | N | | |
| 31. | | | | | Buy | 11/01/10 | N | | |
| 32. | | | | | Redeemed (part) | 12/16/10 | N | | |
| 33. -JP Morgan U.S. Treas. Plus Money Mkt Fund | A | Dividend | | | Sold | 03/02/10 | O | | |
| 34. -JP Morgan Chase Bank Deposit Account | A | Interest | N | T | Buy | 03/02/10 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Garland, Merrick B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Account #2 | | | | | | | | | |
| 36. -Fidelity Municipal Money Market | A | Dividend | L | T | | | | | |
| 37. -Fidelity Equity Income II | C | Dividend | M | T | | | | | |
| 38. -Fidelity Spartan 500 Index Fund | D | Dividend | N | T | | | | | |
| 39. Fidelity Contrafund | C | Dividend | O | T | | | | | |
| 40. IRA #2 | A | Dividend | J | T | | | | | |
| 41. -Edward Jones Co. Money Market (Y) | | | | | | | | | |
| 42. -Amer. Funds Money Mkt. Fund | | | | | | | | | |
| 43. Retirement Account | B | Dividend | M | T | | | | | |
| 44. -Fidelity Magellan Fund | | | | | | | | | |
| 45. Trust #1A (formerly #1) | D | Interest | O | T | | | | | |
| 46. -U.S. Treasury Notes (combined listing) | | | | | Redeemed (part) | 03/15/10 | K | | |
| 47. -Gabelli Growth Fund (GAMCO) | | | | | Sold | 10/25/10 | L | | |
| 48. -JP Morgan Prime Money Mkt Fund | | | | | Sold | 03/04/10 | M | | |
| 49. -JP Morgan Chase Bank Deposit Account | | | | | Buy | 03/04/10 | M | | |
| 50. -iShares Tr. MSCI EAFE Index Fund | | | | | Buy | 10/26/10 | K | | |
| 51. | | | | | Buy | 12/02/10 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Vanguard Total Stock Mkt ETF | | | | | Buy | 10/26/10 | L | | |
| 53. | | | | | Buy | 12/02/10 | K | | |
| 54. Trust #1B | A | Interest | K | T | | | | | |
| 55. -JP Morgan Chase Bank Deposit Account | | | | | Buy | 02/01/10 | K | | |
| 56. Trust #2A (formerly #2) | D | Interest | O | T | | | | | |
| 57. -U.S. Treasury Notes (combined listing) | | | | | Redeemed (part) | 03/15/10 | K | | |
| 58. -Gabelli Growth Fund (GAMCO) | | | | | Sold | 10/25/10 | L | | |
| 59. -JP Morgan Prime Money Mkt Fund | | | | | Sold | 03/04/10 | M | | |
| 60. -JP Morgan Chase Bank Deposit Account | | | | | Buy | 03/04/10 | M | | |
| 61. -iShares Tr. MSCI EAFE Index Fund | | | | | Buy | 10/26/10 | K | | |
| 62. | | | | | Buy | 12/02/10 | J | | |
| 63. -Vanguard Total Stock Mkt ETF | | | | | Buy | 10/26/10 | L | | |
| 64. | | | | | Buy | 12/02/10 | K | | |
| 65. Trust #2B | A | Interest | K | T | | | | | |
| 66. -JP Morgan Chase Bank Deposit Account | | | | | Buy | 02/10/10 | K | | |
| 67. Rollover IRA | D | Dividend | N | T | | | | | |
| 68. -Fidelity Spartan 500 Index Fund (form.Spar.US Equity Index) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Brokerage Account #3 | | | | | | | | | |
| 70. -Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 71. -Fidelity Contrafund | A | Dividend | L | T | | | | | |
| 72. -Fidelity Mun. Money Mkt | A | Dividend | M | T | | | | | |
| 73. Trust #3 | E | Rent | P1 | W | | | | | |
| 74. -Property, NY, NY | | | | | | | | | |
| 75. -JP Morgan Chase Bank Account | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Merrick B. Garland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544